George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Ronald Pascua*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Ronald Pascua,<br><br>Plaintiff,<br>v.<br><br>Experian Information Solutions, Inc.; National Consumer Telecom & Utilities Exchange, Inc.; Innovis Data Solutions, Inc.; Clarity Services, Inc.; Air Academy Federal Credit Union; Santander Consumer USA Holdings Inc. and Logix Federal Credit Union,<br><br>Defendants. | Case No.: 2:24-cv-01205-APG-BNW<br><br>**Unopposed Motion for Extension of Time to File Dismissal Documents** |

_____

STIPULATION                                              - 1 -

The dispute between Ronald Pascua ("Plaintiff") and Clarity Services, Inc. ("Defendant") (together as the "Parties") has been resolved.

On April 10, 2025, Plaintiff filed a Notice of Settlement and requested 60 days to file dismissal documents. ECF No. 28.

Accordingly, Plaintiff, by and through counsel, hereby submits this Unopposed Motion for Extension of Time to File Dismissal Documents.

The parties have reached settlement terms, and the settlement agreement is awaiting final approval and signatures. Once the settlement agreement is finalized, Plaintiff will dismiss the claims against Defendant with Prejudice.

Plaintiff requests, and Defendant does not oppose the request, that all pending dates and filing requirements as to Plaintiff and Defendant continue to be vacated and that the Court allow the parties an additional 30 days, until on or before **July 9, 2025**, to file dismissal documents.

Dated: June 9, 2025.

Respectfully submitted,

**FREEDOM LAW FIRM**

 /s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsels for Ronald Pascua*

IT IS SO ORDERED:

Dated: June 23, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION                                                             - 2 -