# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RONALD PASCUA, | Case No.: 2:24-cv-01205-APG-BNW |
| Plaintiff | **Order** |
| v. | |
| CLARITY SERVICES, INC., et al., | |
| Defendants | |

On June 23, 2025 I grant the plaintiff's motion for an extension of time to file dismissal documents with defendant Clarity Services, Inc. ECF No. 30.  The dismissal documents were due July 9, 2025. *Id.*  No stipulation for dismissal has been filed.

I THEREFORE ORDER that by August 29, 2025, plaintiff Ronald Pascua and defendant Clarity Services, Inc. shall file a stipulation of dismissal or a status report.  The failure to comply with this order may result in sanctions, including dismissal of claims and defenses and monetary fines.

DATED this 15th day of August, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE