# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD PASCUA, | Case No.: 2:24-cv-01205-APG-BNW |
| Plaintiff | **Order** |
| v. | |
| CLARITY SERVICES, INC., | |
| Defendant | |

The plaintiff and defendant Clarity Services, Inc. have failed to respond to my two prior orders for submittal of dismissal papers. ECF Nos. 30, 31. The last order warned those parties that failure to respond would result in sanctions, including dismissal of claims and defenses.

I THEREFORE ORDER that the plaintiff's claims against defendant Clarity Services, Inc. are dismissed. The clerk of court is directed to enter judgment accordingly and close this case.

DATED this 2nd day of December, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE